Prob 22 (Rev. 03/97)

| TRANSFER OF JURISDICTION | DOCKET NO. (Transferring Court) |
| | 0864-3:94CR00149-001(RHK) |

E-filing

DOCKET NO. (Receiving Court)

**CRO8-0125** CW

FILED

FEB 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| NAME AND LOCATION OF | DISTRICT | DIVISION |
| Stanley Lyle Huff | MINNESOTA | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Richard H. Kyle | |
| | TYPE OF SUPERVISION | FROM | TO |
| | SUPERVISED RELEASE | 12/27/2007 | 12/26/2012 |

OFFENSE

Aiding and Abetting Possession with Intent to Distribute Cocaine Base

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF  MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the case named above be transferred with the records of this Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision herein may be changed by the District Court to which this transfer is made without further inquiry of this Court.

| 2/15/08 | |
| Date | Richard H. Kyle,    United States District Judge |

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction of the above case be accepted and assumed by this Court from and after the entry of this order.

| 2/26/08 | |
| Effective Date | United States District Judge |