**UNITED STATES DISTRICT COURT**
**District of Minnesota**



Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| 700 Federal Building | 202 U.S. Courthouse | 417 Federal Building | 212 U.S. Courthouse |
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street | 118 South Mill Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 | Fergus Falls, MN 56537 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 | (218) 739-5758 |

March 13, 2008

Mr. Richard W. Wieking, Clerk
United States District Court
400S Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612

Re:  Stanley Lyle Huff
    Our Case Number: 3:94cr149(1) RHK
    Your Case Number: CR08-0125

Dear Clerk:

### Initial Transfer Out

☐ Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

### Final Transfer Out

☒ Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, and Docket Sheet.

### Transfer In

☐ Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for **only** this defendant.

### Rule 5 (formerly Rule 40) Removal Proceedings

☐ Enclosed please find certified copies of all documents filed in our court.

### Rule 20

☐ Enclosed please find certified copies of the Docket Sheet, charging instrument, and Consent to Transfer pursuant to Rule 20.

Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK

*Mary Kay Grzybek*

Mary Kay Grzybek, Deputy Clerk

cc:  Nathan Petterson, Assistant U. S. Attorney
      Public Defender's Office
      Richard Hermes, Probation Officer (Mpls)(All except Rule 5)
      Financial Litigation Unit (Final & Transfer In)
      Financial Services Department (Final & Transfer In)
      File 3:94cr149(1) RHK

Case 3:94-cr-00149-RHK    Document 105    Filed 03/13/2008    Page 1 of 1 **E-filing**

Prob 22 (Rev. 03/97)

| TRANSFER OF JURISDICTION | DOCKET NO. (Transferring Court) |
|---|---|
| | 0864-3:94CR00149-001(RHK) |
| | DOCKET NO. (Receiving Court) |
| | CR08 0125 |

| NAME AND LOCATION OF | DISTRICT | DIVISION |
|---|---|---|
| Stanley Lyle Huff | MINNESOTA | |

OR...AL
FILED
FEB 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| NAME OF SENTENCING JUDGE | | |
|---|---|---|
| Honorable Richard H. Kyle | | |
| TYPE OF SUPERVISION | FROM | TO |
| SUPERVISED RELEASE | 12/27/2007 | 12/26/2012 |

OFFENSE

Aiding and Abetting Possession with Intent to Distribute Cocaine Base

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF  MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the case named above be transferred with the records of this Court to the United States District Court for the Northern  District of California upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of supervision herein may be changed by the District Court to which this transfer is made without further inquiry of this Court.

Date    2/15/08

Richard H. Kyle,    United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction of the above case be accepted and assumed by this Court from and after the entry of this order.

Effective Date    2/26/08

United States District Judge

A true printed copy in _1_ sheet(s)
of the electronic record filed on 3/13/08
in the United States District Court
for the District of Minnesota.
CERTIFIED, 3/13, 2008
RICHARD D. SLETTEN
BY:
Deputy Clerk

RECEIVED
2008 FEB 32 PM 12:
U.S. PROBATION OFFICE
NORTHERN DIST.
OAKLAND

SCANNED
MAR 13 2008
U.S. DISTRICT COURT ST. PAUL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | INDICTMENT  3-94 cr 149 |
| Plaintiff, | ) | |
| | ) | [21 U.S.C. § 841(a)(1)] |
| v. | ) | [21 U.S.C. § 841(b)(1)(A)] |
| | ) | [21 U.S.C. § 846] |
| STANLEY LYLE HUFF and | ) | [18 U.S.C. § 2] |
| FRANK ORLANDO HOGAN, | ) | [18 U.S.C. § 924(c)(1)] |
| a/k/a DAVID HARRIS, | ) | |
| | ) | |
| Defendants. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT I

From on or about a date uncertain, through on or about December 2, 1994, in the State and District of Minnesota, the defendants,

STANLEY LYLE HUFF and
FRANK ORLANDO HOGAN,
a/k/a DAVID HARRIS,

knowingly conspired with each other and with other persons unknown to the Grand Jury to violate Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), that is, to knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of cocaine base ("crack"), a controlled substance, in violation of Title 21, United States Code, Section 846.

## COUNT II

On or about December 2, 1994, in the State and District of Minnesota, the defendants,

STANLEY LYLE HUFF and
FRANK ORLANDO HOGAN,
a/k/a DAVID HARRIS,

DEC 21 1994

each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute approximately 410.86 grams of cocaine base ("crack"), a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT III

On or about December 2, 1994, in the State and District of Minnesota, the defendants,

STANLEY LYLE HUFF and
FRANK ORLANDO HOGAN,
a/k/a DAVID HARRIS,

each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute approximately 84.99 grams of cocaine base ("crack"), a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT IV

On or about December 2, 1994, in the State and District of Minnesota, the defendants,

STANLEY LYLE HUFF and
FRANK ORLANDO HOGAN,
a/k/a DAVID HARRIS,

each aiding and abetting the other, knowingly used and carried a firearm, namely, a Glock .40 caliber semi-automatic handgun (serial number SH588), during and in relation to a drug trafficking crime which may be prosecuted in a court of the United States, namely, knowingly and intentionally possessing with intent to distribute cocaine base ("crack"), a controlled substance, in violation of

2

Title 21, United States Code, Section 841(a)(1); all in violation

of Title 18, United States Code, Section 924(c)(1), and Title 18,

United States Code, Section 2.


A TRUE BILL


_____          _____
UNITED STATES ATTORNEY                    FOREPERSON


3

AO 245 S (Rev. 4/90) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Third Division - District of Minnesota

UNITED STATES OF AMERICA

v.

Case Number CR 3-94-149-01

STANLEY LYLE HUFF

        Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, STANLEY LYLE HUFF, was represented by ROBERT RICHMAN.

On motion of the United States the court has dismissed count(s) 1,3,4.

The defendant pleaded guilty to count(s) 2. Accordingly, the defendant is adjudged guilty of such count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 841(a)(1) and (b)(1)(A) and 18 USC 2 | Aiding and abetting possession with intent to distribute cocaine base | 12/2/94 | 2 |

As imposed on November 2, 1995, the defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $ 50.00, for count(s) 2, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Dated: November 2, 1995

RICHARD H. KYLE, Judge
United States District Court

Defendant's Soc. Sec. No: 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
Defendant's Date of Birth: 10-02-42
Defendant's address: 535 Smith Avenue South, St. Paul, MN 55102

NOV 0 2 1995
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(12)

AO 245 S (Rev. 4/90) Sheet 2 - Imprisonment

Defendant:  STANLEY LYLE HUFF
Case Number:  CR 3-94-149-01

## IMPRISONMENT

   The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 180 months.

   The Court makes the following recommendations to the Bureau of Prisons: confinement be at the Federal Medical Facility in Rochester, Minnesota.

   The defendant is remanded to the custody of the United States Marshal.

## RETURN

   I have executed this Judgment as follows:

_____
_____
_____
_____

   Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

CERTIFIED ORIGINAL AND TRUE COPY IN 5 PAGES.

DATED: November 2, 1995

BY: ___Deborah Siebrecht___
        DEPUTY CLERK

UNITED STATES MARSHAL

By _____
              Deputy Marshal

Judgment--Page 3 of 4

Defendant: STANLEY LYLE HUFF
Case Number: CR 3-94-149-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years.

While on supervised release, the defendant shall not commit another federal, state, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

1. If ordered to the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2. If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervised release.

3. The defendant shall not own or possess a firearm or destructive device.

4. Defendant is required to undergo mandatory drug testing as set forth by the provisions of 18 USC 3608.

5. Defendant shall participate, as instructed by the probation officer, in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs.

6. Defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved and directed by the probatiion officer.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10)    The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11)    The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12)    The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13)    As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the

defendant's compliance with such notification requirement.

AO 245 S (Rev. 4/90) Sheet 7 - Statement of Reasons

Judgment--Page 4 of 4

Defendant:  STANLEY LYLE HUFF
Case Number:  CR 3-94-149-01

## STATEMENT OF REASONS

The court adopts the factual findings and guideline application in the presentence report.

**Guideline Range Determined by the Court:**

| | |
|---|---|
| Total Offense Level: | 35 |
| Criminal History Category: | VI |
| Imprisonment Range: | 292 months to 365 months |
| Supervised Release Range: | 5 to   years |
| Fine Range: | $ 20,000 to $ 4 million |
| Restitution: | $ NONE |

The fine is waived or is below the guideline range because of the defendant's inability to pay.

The sentence departs from the guideline range for the following reason(s): based on the government's motion under 5K1.1

CLOSED, TPJOUT

# U.S. District Court
## U.S.District Court Minnesota (STP)
### CRIMINAL DOCKET FOR CASE #: 3:94-cr-00149-RHK-1
#### Internal Use Only

Case title: USA v. Huff, et al

Date Filed: 12/21/1994
Date Terminated: 11/02/1995

Assigned to: Judge Richard H. Kyle
Referred to: Magistrate Judge Ann D
{O}Montgomery

Appeals court case numbers: 95-3896,
97-2498MNST

### Defendant (1)

**Stanley Lyle Huff**
*TERMINATED: 11/02/1995*

represented by **Stanley Lyle Huff**
#06811-041
Federal Correctional Institution
Box 1000
Sandstone, MN 55072
PRO SE

**Robert D Richman**
Margulies & Richman
2520 Park Ave S
INACTIVE
Mpls, MN 55404
612-872-4900
Email: robert.richman@gmail.com
*TERMINATED: 11/02/1995*
*LEAD ATTORNEY*
*Designation: Public Defender or*
*Community Defender Appointment*

### Pending Counts

21:841(a)(1) & 841(b)(1)(A) & 18:2
AIDING & ABETTING / POSSESS
WITH INTENT TO DISTRIBUTE
COCAINE BASE ("CRACK")
(2)

### Disposition

Custody of BOP for 180 months, 5 yr
supervised release, spec assmt of
$50.00, recommend confinement at
FMC, Rochester

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE BASE ("CRACK") (1) | dismissed |
| 21:841(a)(1) & 841(b)(1)(A) & 18:2 AIDING & ABETTING / POSSESS WITH INTENT TO DISTRIBUTE COCAINE BASE ("CRACK") (3) | dismissed |
| 18:924(c)(1) & 18:2 AIDING & ABETTING / USE & CARRY FIREARM IN RELATION TO DRUG TRAFFICKING CRIME (4) | dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| **United States of America** | represented by | **Nathan P Petterson** |
|---|---|---|
| | | United States Attorney's Office |
| | | 300 S 4th St Ste 600 |
| | | Mpls, MN 55415 |
| | | (612) 664-5600 |
| | | Email: nate.petterson@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/01/1931 | | FILE IN FEDERAL RECORD CENTER as to as to Stanley Lyle Huff (Entered: 10/31/2000) |
| 12/21/1994 | 1 | INDICTMENT assigned to Judge Richard H. Kyle , referred to Magistrate Judge Ann D. Montgomery by USA Nathan Paul Petterson. |

| | | Counts filed against Stanley Lyle Huff (1) counts 1-4, Frank Orlando Hogan (2) counts 1-4. Warrant issued for Stanley Lyle Huff & Frank Orlando. 3 pgs ( (Entered: 12/22/1994) |
|---|---|---|
| 12/21/1994 | | BENCH WARRANT issued for Stanley Lyle Huff, Frank Orlando Hogan by Judge David S. Doty ( (Entered: 12/22/1994) |
| 12/23/1994 | 2 | MINUTES: before Magistrate Judge Ann D. Montgomery first appearance of Stanley Lyle Huff ; detention ordered; detention hearing set for 10:00 on 12/28/94 before ADM. PD appt'd. Tape: 5 3298-3459. 1 pg ( (Entered: 12/23/1994) |
| 12/23/1994 | 3 | TEMPORARY ORDER of Detention of Stanley Lyle Huff by Magistrate Judge Ann D. Montgomery (cc: all counsel). 1 pg ( (Entered: 12/23/1994) |
| 12/28/1994 | 6 | MINUTES: before Magistrate Judge Ann D. Montgomery dft Stanley Lyle Huff arraigned; not guilty plea entered; Attorney Robert D Richman present; pretrial motions due 1/4/95; motion hearing set for 3:00 on 1/10/95 before ADM; voir dire due 1/30/95; pretrial status conference set for 8:30 on 2/3/95 before RHK; jury trial set for 9:30 on 2/6/96 before RHK. detention ordered. Court Reporter: Bruce Tiffany. 1 pg ( (Entered: 12/28/1994) |
| 12/28/1994 | 7 | ARRAIGN ORDER by Magistrate Judge Ann D. Montgomery as to Stanley Lyle Huff (cc: all counsel) Date Signed: 12/28/94. Same as minute entry #6 above. 2 pgs ( (Entered: 12/28/1994) |
| 12/30/1994 | 10 | BENCH Warrant returned executed as to Stanley Lyle Huff 12/23/94. 1 pg ( (Entered: 01/04/1995) |
| 01/04/1995 | | (Court only) Docket Modification (Utility Event) pretrial motions filed on 1/4/95 as to Hogan ( (Entered: 01/04/1995) |
| 01/04/1995 | | (Court only) Docket Modification (Utility Event) pretrial motions filed on 1/4/95 by Huff ( (Entered: 01/05/1995) |
| 01/04/1995 | 24 | MOTION for discovery by Stanley Lyle Huff. 3 pgs ( (Entered: 01/05/1995) |
| 01/04/1995 | 25 | MOTION to compel atty for the gov't to disclose evidence favorable to deft by Stanley Lyle Huff. 6 pgs ( (Entered: 01/05/1995) |
| 01/04/1995 | 26 | MOTION for disclosure of 404 evidence by Stanley Lyle Huff. 1 pg ( (Entered: 01/05/1995) |
| 01/04/1995 | 27 | MOTION for early disclosure of Jencks Act material by Stanley Lyle Huff. 2 pgs ( (Entered: 01/05/1995) |
| 01/04/1995 | 28 | MOTION for gov't agents to rtn rough notes by Stanley Lyle Huff. 2 pgs ( (Entered: 01/05/1995) |
| 01/04/1995 | 29 | MOTION to suppress eyewitness identification by Stanley Lyle Huff. 2pgs ( (Entered: 01/05/1995) |

| 01/04/1995 | 30 | MOTION to suppress evidence obtained as a result of search & seizure by Stanley Lyle Huff. 2 pgs ( (Entered: 01/05/1995) |
|---|---|---|
| 01/04/1995 | 31 | MOTION to suppress statements, admissions & answers by Stanley Lyle Huff. 2pgs ( (Entered: 01/05/1995) |
| 01/04/1995 | 32 | MOTION to disclose & make informant available for intereveiw by Stanley Lyle Huff. 1 pg ( (Entered: 01/05/1995) |
| 01/10/1995 | 34 | MINUTES: before Magistrate Judge Ann D. Montgomery for motion hearing as to Stanley Lyle Huff ; Motions under advisement. R & R and Order to follow. Deft's brief due 1/13/95; response 1/17/95. Tape: 8/1023-3583/3735-4526. 1 ( (Entered: 01/11/1995) |
| 01/13/1995 | 36 | ORDER by Magistrate Judge Ann D. Montgomery granting motion for discovery [24-1] as to Stanley Lyle Huff, granting motion to compel atty for the gov't to disclose evidence favorable to deft [25-1] as to Stanley Lyle Huff, granting motion for disclosure of 404 evidence [26-1] as to Stanley Lyle Huff, denying motion for early disclosure of Jencks Act material [27-1] as to Stanley Lyle Huff granting motion for gov't agents to rtn rough notes [28-1] as to Stanley Lyle Huff finding the motion to suppress eyewitness identification [29-1] moot as to Stanley Lyle Huff, finding the motion to suppress statements, admissions & answers [31-1] moot as to Stanley Lyle Huff, denying motion for disclosure of Jencks Act material [14-1] as to Frank Orlando Hogan granting motion for list of gov't witnesses [15-1] as to Frank Orlando Hogan, granting motion to compel atty for gov't to disclose evidence favorable to deft [16-1] as to Frank Orlando Hogan granting motion for disclosure of 404 evidence [18-1] as to Frank Orlando Hogan, granting motion for gov't agents to rtn rough notes [20-1] as to Frank Orlando Hogan, granting motion for disclosure of impeaching information [23-1] as to Frank Orlando Hogan, granting in part motion for disclosure of grand jury transcripts [22-1] as Frank Orlando Hogan (cc: all counsel) Date Signed: 1/12/95. Deft brief due 1/13/95, gov't response due 1/17/95. 3 pgs ( (Entered: 01/13/1995) |
| 01/20/1995 | 37 | NOTICE of pretrial status conference set for 8:30 on 3/3/95 before RHK Stanley Lyle Huff & Frank Orlando Hogan; jury trial set for 1:30 3/6/95 (1pg) (VEM) (Entered: 01/20/1995) |
| 02/02/1995 | 38 | ORDER by Magistrate Judge Ann D. Montgomery denying motion for severance of defts [21-1] as to Frank Orlando Hogan denying motion to disclose & make informant available for interview [13-1] as to Frank Orlando Hogan denying motion to disclose & make informant available for intereveiw [32-1] as to Stanley Lyle Huff (cc: all counsel) Date Signed: 2/1/95 2 pgs ( (Entered: 02/03/1995) |
| 02/02/1995 | 39 | REPORT and RECOMMENDATION by Magistrate Judge Ann D. Montgomery date signed: 2/1/95 recommends denying motion to suppress evidence obtained as a result of search & seizure [30-1], motion for early suppression of all physical evidence [19-1], motion to suppress evidence obtained as a result of search & seizure [12-1], motion to suppress |

| | | |
|---|---|---|
| | | statements, admissions & answers [17-1] RR Ruling deadline set for 3/4/95 for Stanley Lyle Huff, for Frank Orlando Hogan (cc: all counsel). 6 pgs ( (Entered: 02/03/1995) |
| 02/10/1995 | 42 | ORDER OF DETENTION of Stanley Lyle Huff by Magistrate Judge Ann D. Montgomery (cc: all counsel). 3 pgs ( (Entered: 02/10/1995) |
| 02/17/1995 | 44 | OBJECTIONS by defendant Stanley Lyle Huff to Report & Recommendation [39-1]. 1 pg ( (Entered: 02/21/1995) |
| 03/02/1995 | 45 | NOTICE of pretrial status conference set for 2:00 on 3/21/95 for Stanley Lyle Huff, for Frank Orlando Hogan before RHK. (cc: counsel) 1 pg ( (Entered: 03/02/1995) |
| 03/03/1995 | | (Court only) Docket Modification (Utility Event) stopped XE , RR Ruling Deadline satisfied 30 day deadline for both defts ( (Entered: 03/03/1995) |
| 03/13/1995 | 46 | TRANSCRIPT OF MOTION HRG held 01/10/95 before A.D. Montgomery as to deft Stanley Lyle Huff, deft Frank Orlando Hogan (Court Reporter: Jeanne Anderson) (SEPARATE) ( (Entered: 03/13/1995) |
| 03/15/1995 | | (Court only) Docket Modification (Utility Event) pretrial status conference & jury trial deadlines satisfied ( (Entered: 03/15/1995) |
| 03/20/1995 | 50 | MOTION for temporary release by Stanley Lyle Huff. 2 pgs ( (Entered: 03/22/1995) |
| 03/21/1995 | 47 | MINUTES: before Judge Richard H. Kyle Stanley Lyle Huff enters guilty plea to count 2; counts 1, 3 & 4 to be dismissed at sentencing. PSI ordered. Deft's motion for temporary release argued & denied. Court Reporter: Robert Riley. 1 pg ( (Entered: 03/21/1995) |
| 03/21/1995 | 48 | PLEA AGREEMENT AND SENTENCING STIPULATIONS as to Stanley Lyle Huff. 5 pgs ( (Entered: 03/21/1995) |
| 03/21/1995 | | MINUTES: before Judge Richard H. Kyle denying motion for temporary release [50-1] as to Stanley Lyle Huff ( (Entered: 03/22/1995) |
| 03/22/1995 | 49 | ORDER by Judge Richard H. Kyle denying motion to suppress evidence obtained as a result of search & seizure [30-1] as to Stanley Lyle Huff, denying motion to suppress evidence obtained as a result of search & seizure [12-1] as to Frank Orlando Hogan denying motion for early suppression of all physical evidence [19-1] as to Frank Orlando Hogan denying motion to suppress statements, admissions & answers [17-1] as to Frank Orlando Hogan (cc: all counsel) Date Signed: 3/21/95. 3 pgs ( (Entered: 03/22/1995) |
| 05/19/1995 | 54 | MOTION for extend time for objections to presentence report by Stanley Lyle Huff. 1 pg ( (Entered: 05/23/1995) |
| 06/09/1995 | | DELIVERED TWO CERTIFIED COPIES of each of the following to the Court of Appeals, St. Paul Office: Revised information sheet, Notice of Appeal, Order or Judgment and Docket entries ( (Entered: 06/09/1995) |

| 06/19/1995 | 59 | POSITION of deft with respect to sentencing Stanley Lyle Huff. 103 pgs ( (Entered: 06/23/1995) |
|---|---|---|
| 06/30/1995 | 60 | MOTION to sentence deft under penalty provisions applicable to powder cocaine by Stanley Lyle Huff. 2 pgs ( (Entered: 07/05/1995) |
| 06/30/1995 | 61 | MEMORANDUM by defendant Stanley Lyle Huff in support of motion to sentence deft under penalty provisions applicable to powder cocaine [60-1]. [SEPARATE] 270 pgs ( Modified on 07/05/1995 (Entered: 07/05/1995) |
| 08/04/1995 | 64 | MOTION for downward departure , or in the alternative MOTION to continue sentencing by Stanley Lyle Huff. 17 pgs ( (Entered: 08/07/1995) |
| 08/07/1995 | 63 | MEMORANDUM, OPINION and ORDER: by Judge Richard H. Kyle denying motion to sentence deft under penalty provisions applicable to powder cocaine [60-1] as to Stanley Lyle Huff (cc: all counsel). 10 pgs ( (Entered: 08/07/1995) |
| 08/24/1995 | | NOTICE of sentencing hearing set for 8:00 on 9/13/95 for Stanley Lyle Huff before RHK. (copies dist'd) 1 pg ( (Entered: 08/25/1995) |
| 10/12/1995 | 66 | MOTION to revoke detention by Stanley Lyle Huff. 6 pgs ( (Entered: 10/13/1995) |
| 10/17/1995 | 67 | MINUTES: before Magistrate Judge Ann D. Montgomery for hearing on motion for revocation of detention order as to Stanley Lyle Huff Court Reporter: Cindy A. Steich/4627. 1 pg ( (Entered: 10/18/1995) |
| 10/17/1995 | 68 | ORDER by Magistrate Judge Ann D. Montgomery denying motion to revoke detention order [66-1] as to Stanley Lyle Huff for reasons stated on the record at the hrg held 10/17/95 (cc: all counsel) Date Signed: 10/17/95. 1 pg ( (Entered: 10/18/1995) |
| 11/01/1995 | 69 | PETITION and ORDER for change of custody as to Stanley Lyle Huff by Magistrate Judge Ann D. Montgomery 10/31/95. (copies dist'd) 2 pgs ( (Entered: 11/01/1995) |
| 11/02/1995 | 70 | MOTION for downward departure by USA as to Stanley Lyle Huff. 2 pgs ( Modified on 11/02/1995 (Entered: 11/02/1995) |
| 11/02/1995 | 71 | MINUTES: before Judge Richard H. Kyle SENTENCING Stanley Lyle Huff (1) count 2. Custody of BOP for 180 months, 5 yrs supervised release, spec assmt of $50.00, recommend confinement at FMC, Rochester . Granting govt's motion for downward departure [70-1]. Counts 1, 3 & 4 dismissed . Case terminated Court Reporter: Robert Riley. 1 pg ( (Entered: 11/02/1995) |
| 11/02/1995 | 72 | JUDGMENT/STATEMENT OF REASONS as to defendant Stanley Lyle Huff by Judge Richard H. Kyle (Copies dist'd). 4 pgs ( (Entered: 11/02/1995) |

| 11/06/1995 | 73 | NOTICE OF APPEAL to the 8th Circuit Court of Appeals by defendant Stanley Lyle Huff from judgment entered 11/2/95 [72-1]. 2pgs ( (Entered: 11/07/1995) |
| 11/07/1995 | | DELIVERED TWO CERTIFIED COPIES of each of the following to the Court of Appeals, St. Paul Office: Revised information sheet, Notice of Appeal, Order or Judgment and Docket entries ( (Entered: 11/07/1995) |
| 11/22/1995 | | NOTIFICATION BY CIRCUIT COURT of Appellate Docket Number 95-3896 as to defendant Stanley Lyle Huff ( (Entered: 11/24/1995) |
| 01/31/1996 | 74 | TRANSCRIPT OF GUILTY PLEA held 03/02/95 before Judge Kyle as to defendant Stanley Lyle Huff (Court Reporter: Robert Riley) (SEPARATE) ( (Entered: 02/02/1996) |
| 01/31/1996 | 75 | TRANSCRIPT OF SENTENCING held 11/2/95 before Judge Kyle as to defendant Stanley Lyle Huff (Court Reporter: Robert Riley) (SEPARATE) ( (Entered: 02/02/1996) |
| 02/05/1996 | 77 | CERTIFIED COPY OF JUDGMENT from USCA that the judgment of the district court in this cause is affirmed in accordance with the opinion of this court as to deft Hogan. MANDATE ISSUED 01/30/96. (Copies dist'd) 1 pg ( (Entered: 02/06/1996) |
| 07/11/1996 | 78 | CERTIFIED COPY OF OPINION FROM USCA (McMillian) (Lay) (Hansen) - J; filed 6/12/96, affirming the judgment of the District Court [73-1] as to deft Stanley Lyle Huff. 2pgs (cc: All Counsel) (LEG) (Entered: 07/11/1996) |
| 07/11/1996 | 79 | CERTIFIED COPY OF JUDGMENT from USCA, that the judgment of the district court is affirmed in accordance with the opinion of this Court. MANDATE ISSUED 7/9/96 (copies dist'd). 1pg (LEG) (Entered: 07/11/1996) |
| 07/17/1996 | 80 | NOTICE OF SPECIAL ASSESSMENTS PAID in the amount of $50.00 on 6/96 (BOP) by defendant Stanley Lyle Huff. 1pg (LEG) (Entered: 07/18/1996) |
| 10/25/1996 | 81 | MOTION (pro se) to compel the govt to disclose the transcripts of the Grand Jury proceedings by Stanley Lyle Huff. 2pgs (LEG) (Entered: 10/25/1996) |
| 01/02/1997 | 82 | MEMORANDUM by plaintiff USA in opposition to deft Huff's motion to compel the govt to disclose the transcripts of Grand Jury proceedings [81-1]. 3pgs (LEG) (Entered: 01/03/1997) |
| 01/06/1997 | 83 | ORDER by Judge Richard H. Kyle denying motion to compel the govt to disclose the transcripts of the Grand Jury proceedings [81-1] as to Stanley Lyle Huff (cc: AUSA and dft Huff) Date Signed: 1/6/97. 1pg (LEG) (Entered: 01/06/1997) |
| 01/10/1997 | 84 | APPLICATION by defendant Stanley Lyle Huff to proceed IFP. 3 pgs (proposed order forwarded to RHK) (LEG) (Entered: 01/21/1997) |

| 01/10/1997 | 85 | 2255 MOTION TO CORRECT OR VACATE SENTENCE as to defendant Stanley Lyle Huff (pro se) Civil Action #: CV 97-157 RHK. (cc: AUSA and civil clrk) 6pgs (LEG) (Entered: 01/21/1997) |
|---|---|---|
| 01/10/1997 | 86 | MEMORANDUM by defendant Stanley Lyle Huff in support 28:2255 motion [85-1]. 73pgs (LEG) (Entered: 01/21/1997) |
| 01/21/1997 | 87 | ORDER by Judge Richard H. Kyle denying application to proceed IFP as moot, no filing fee is required for a 28:2255 motion [84-1] as to Stanley Lyle Huff (cc: AUSA & deft) Date Signed: 1/21/97. 1pg (LEG) (Entered: 01/21/1997) |
| 02/10/1997 | 88 | SUPPLEMENT to 2255 motion [85-1] by Stanley Lyle Huff (cc: Nate Peterson, AUSA). 4 pgs ( (Entered: 02/10/1997) |
| 04/03/1997 | 90 | MEMORANDUM by plaintiff USA in opposition to deft Huff's 2255 motion [85-1]. 10 pgs ( (Entered: 04/04/1997) |
| 04/14/1997 | 92 | MOTION to extend time to respond to USA's memorandum in opposition to 2255 motion by Stanley Lyle Huff. (1 page) (PJS) (Entered: 04/14/1997) |
| 04/15/1997 | 93 | ORDER by Judge Richard H. Kyle granting motion to extend time to respond to USA's memorandum in opposition to 2255 motion [92-1] as to Stanley Lyle Huff to on or before 4/25/97 (cc: AUSA & deft) Date Signed: 4/15/97. 1 pg ( (Entered: 04/15/1997) |
| 04/17/1997 | 94 | RESPONSE by defendant Stanley Lyle Huff to govt's reply pursuant to 2255 [90-1]. 6 pgs ( (Entered: 04/17/1997) |
| 04/25/1997 | 95 | MEMORANDUM & ORDER by Judge Richard H. Kyle denying 28:2255 motion [85-1] as to Stanley Lyle Huff. LET JUDGMENT BE ENTERED ACCORDINGLY (cc: AUSA & deft) Date Signed: 4/25/97. 15 pgs ( (Entered: 04/26/1997) |
| 04/25/1997 | 96 | JUDGMENT ENTERED as deft Stanley Lyle Huff. 1 pg ( (Entered: 04/26/1997) |
| 05/19/1997 | 97 | APPLICATION AND AFFIDAVIT FOR LEAVE TO PROCEED IN FORMA PAUPERIS by defendant Stanley Lyle Huff (pro se). 4pgs (proposed order forwarded to RHK) (LEG) (Entered: 05/19/1997) |
| 05/19/1997 | 98 | NOTICE of APPEAL TO CIRCUIT COURT by defendant Stanley Lyle Huff (pro se) from MEMORANDUM & ORDER dated 4/25/97 [95-1] (cc: AUSA, dft & CR). 17pgs (LEG) (Entered: 05/19/1997) |
| 05/19/1997 | 99 | DOCKETING STATEMENT filed by deft Stanley Lyle Huff (pro se) as to Stanley Lyle Huff. 2pgs (LEG) (Entered: 05/19/1997) |
| 05/19/1997 |  | DELIVERED TWO CERTIFIED AND ONE UNCERTIFIED COPY of each of the following to the Court of Appeals, St. Paul Office: Revised information sheet, Notice of Appeal, Order or Judgment and Docket entries as to deft Stanley Lyle Huff (LEG) (Entered: 05/19/1997) |

| 05/20/1997 | 100 | ORDER by Judge Richard H. Kyle granting application to proceed without prepayment of fees [97-1] as to Stanley Lyle Huff (cc: AUSA, dft & USCA) Date Signed: 5/19/97. 1pg (LEG) (Entered: 05/21/1997) |
|---|---|---|
| 06/05/1997 | | NOTIFICATION BY CIRCUIT COURT of Appellate Docket Number 97-2498MNST as to defendant Stanley Lyle Huff. (3 pages) (PJS) (Entered: 06/06/1997) |
| 06/19/1998 | 102 | CERTIFIED COPY OF JUDGMENT from USCA denying appeal/application for certificate of appealability [98-1]. The motion for appointment of counsel is denied as moot [98-1] as to Stanley Lyle Huff (cc: all counsel, deft, USM, PTS, Prob & RHK). 1 pg ( (Entered: 06/23/1998) |
| 10/20/1998 | 103 | PETITION and ORDER as to Stanley Lyle Huff by Judge Richard H. Kyle that the deft shall submit his person, residence, vehicle, and property under his control to a search by a U.S. Probation Officer. Furthermore, the deft shall warn any other residents of this condition. Failurre to submit to a search may be grounds for revocation (copies dist'd). 1pg (LEG) (Entered: 10/20/1998) |
| 02/15/2008 | 🌑 | (Court only) *** Ordered file from the Record Center as to Stanley Lyle Huff. (MKG) (Entered: 02/15/2008) |
| 02/19/2008 | 🌑 | (Court only) *** Mailed signed Prob 22 form to the Northern District of California - Oakland as to Stanley Lyle Huff. (MKG) (Entered: 03/13/2008) |
| 02/21/2008 | 🌑 | (Court only) *** File received from Record Center as to Stanley Lyle Huff. (MKG) (Entered: 02/21/2008) |
| 03/13/2008 | 🌑105 | Probation Jurisdiction Transferred to Northern District of California - Oakland as to Stanley Lyle Huff Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (MKG) (Entered: 03/13/2008) |