IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00125 CW |
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE AND VACATING HEARING |
| v. | |
| STANLEY HUFF, | |
| Defendant. / | |

The Court, on its own motion, shall take the Motion for Early Termination of Supervised Release under submission on the papers. The hearing previously scheduled for Wednesday, January 19, 2011, is vacated. Opposition to the motion will be due Wednesday, January 12, 2011, and any reply will be due Friday, January 14, 2011.

Dated: 1/7/2011

CLAUDIA WILKEN
United States District Judge